**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

No. 14-7489

———————

RONALD L. LEGG,

                    Plaintiff - Appellant,

          v.

CHIEF RHODES, of Horry County Police; DET. NEIL FREBOWITZ,
of Horry County Police; EDWARD ED CHRISCO, Public Defender;
W. THOMAS FLOYD, Public Defender,

                    Defendants - Appellees.

———————

Appeal from the United States District Court for the District of
South Carolina, at Florence.  Richard M. Gergel, District Judge.
(4:12-cv-00811-RMG)

———————

Submitted:  February 27, 2015          Decided:  April 1, 2015

———————

Before WILKINSON and DIAZ, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Ronald L. Legg, Appellant Pro Se.  Edgar Lloyd Willcox, II,
WILLCOX BUYCK & WILLIAMS, PA, Florence, South Carolina, for
Appellees.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ronald L. Legg appeals the district court's orders denying relief on his 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we deny Legg's motion for appointment of counsel and affirm substantially on the reasoning of the district court's orders. Legg v. Rhodes, No. 4:12-cv-00811-RMG (D.S.C. June 11, 2012, Aug. 6, 2013 & Oct. 1, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED